## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

STEVEN BEYER,

   Plaintiff,

-vs-

ASCENSION HEALTH,
ASCENSION MICHIGAN,
ASCENSION PROVIDENCE
HOSPITAL, and REVERENCE
HOME HEALTH & HOSPICE, LLC,

   Defendants.

Case No: 2:20-cv-12942

Hon. LINDA V. PARKER

Mag. DAVID R. GRAND

---

| | |
|---|---|
| Angie I. Martell<br>IGLESIA MARTELL LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>117 North First Street, Suite 111<br>Ann Arbor, Michigan  48104<br>(734) 369-2331<br>angie@iglesiamartell.com | Tiffany A. Buckley-Norwood (P69807)<br>Daniel C. Waslawski (P78037)<br>JACKSON LEWIS P.C.<br>Attorneys for Defendants<br>2000 Town Center, Suite 1650<br>Southfield, Michigan  48075<br>(248) 936-1900<br>tiffany.buckley@jacksonlewis.com<br>daniel.waslawski@jacksonlewis.com |

---

## **NOTICE OF APPEARANCE**

    Please enter the Appearance of Daniel C. Waslawski of the law firm of Jackson Lewis P.C. as counsel for Defendants Ascension Health, Ascension Michigan, and Ascension Providence Hospital in the above-captioned matter.

Respectfully submitted,

JACKSON LEWIS P.C.

BY: /s/ Daniel C. Waslawski
Tiffany A. Buckley-Norwood (P69807)
Daniel C. Waslawski (P78037)
Attorneys for Defendants
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
tiffany.buckley@jacksonlewis.com
daniel.waslawski@jacksonlewis.com

Dated: December 4, 2020

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served upon all parties in the above case at their respective addresses disclosed on the pleadings on December 4, 2020 by:

☐ Hand Delivery ☐ U. S. Mail
√ ECF ☐ FAX

/s/ Daniel C. Waslawski
DANIEL C. WASLAWSKI